UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FACTORY DIRECT TABLE PAD CO., INC | ) | CASE NO.: 05-05819-AJM-7A |
| | ) | |
| Debtor | ) | |

## APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

Comes now Philip F. Boberschmidt, Trustee, and in support of his Application to Pay Unclaimed Funds into the Court, would show the Court as follows:

1. On or about September 28, 2009, the Trustee received authorization from the United State Trustee to make distribution of all estate assets pursuant to the Trustee's Final Report and Distribution Summary.

2. On October 23, 2009, the Trustee issued checks to all persons or entities identified in the Distribution Summary.

3. The following checks remain outstanding and are now stale:

| **Creditor** | **Last Known Address** | **Amount** |
|---|---|---|
| Effective Mailers | Attn: Shashi Gupta<br>28510 Hayes<br>Roseville, MI 48066 | $ 9,545.53 |
| Valassis | P. O. Box 71645<br>Chicago, IL 60694-1645 | $15,160.09 |

4. The Trustee requests, pursuant to 11 U.S.C. § 347, permission to pay over to the United State Bankruptcy Court the sums of $9,545.53 and $15,160.09 as unclaimed funds in the bankruptcy estate.

WHEREFORE, Philip F. Boberschmidt, Trustee, respectfully requests the Court to allow him to pay over to the United States Bankruptcy Court, as unclaimed funds, the sums of $9,545.53 and $15,160.09 which sums were previously issued to the creditors in payment of its duly allowed claim herein, and for all other relief proper in the premises.

/s/ Philip F. Boberschmidt
Philip F. Boberschmidt, Trustee
111 Monument Circle, Suite 892
Indianapolis, IN  46204
Telephone: (317) 632-5892
E-mail: pboberschmidt@epitrustee.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served, by United State First Class Mail, postage prepaid, or electronically, upon the following, the 17th day of March, 2010.

U. S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN  46204

Effective Mailers
Attn:  Shashi Gupta
28510 Hayes
Roseville, MI  48066

Valassis
P. O. Box 71645
Chicago, IL  60694-1645

/s/ Philip F. Boberschmidt
Philip F. Boberschmidt
111 Monument Circle, Suite 892
Indianapolis, IN  46204
Telephone: (317) 632-5892
E-mail: pboberschmidt@epitrustee.com